UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,

                Plaintiffs,        CIV. S-04-2545 DFL PAN PS

     v.

CENTRAL VISION, LLC, d/b/a/              ORDER
CLARION HOTEL; FREDERICK T. USHER,
individually,

                Defendants.

—o0o-

On April 4, 2005, this court approved the parties' stipulation to set aside defendants' default and vacate plaintiffs' motion for default judgment. Defendants were directed to serve and file their answer to the complaint by April 15, 2005. Plaintiffs were directed to file a joint status report by June 10, 2005.

Defendants have yet to file an answer. Plaintiffs timely filed a joint status report, signed by defendants, which states

the parties have discussed settlement but, in the absence of defendants' active participation, plaintiffs anticipate again requesting default and moving for default judgment.

If the parties have reached settlement they may, within ten days of service of this order, file a stipulation requesting voluntary dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1).

Alternatively, defendants may serve and file, within twenty days of service of this order, a proposed answer and motion for enlargement of time within which to file it, which the court will evaluate for excusable neglect pursuant to Fed. R. Civ. P. 6(b)(2).

Should the parties decline to voluntarily dismiss this action and defendants fail timely to seek enlargement of time within which to file their answer, plaintiffs shall request the Clerk of Court to enter default and file a motion for default judgment.

So ordered.

Dated: November 9, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge